## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

**TRENISA ANDERSON,**                                **JUDGMENT IN A CIVIL CASE**

    **PLAINTIFF,**

**v.**

**J.R.'S AUTO SALES OF**
**UNION CITY, LLC, ET AL.,**

    **DEFENDANTS.**                          **CASE NO: 17-1171-STA-egb**

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED that in accordance with the Notice of Voluntary Dismissal entered on June 28, 2018, this matter is hereby dismissed without predjudice.**

                                                       **APPROVED:**

s/ S. Thomas Anderson
**UNITED STATES DISTRICT COURT**

**DATE: 7/2/2018**                                 **THOMAS M. GOULD**
                                                            **Clerk of Court**

                                                             s/Maurice B. Bryson
                                                            **(By) Deputy Clerk**